AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| FEDERAL TRADE COMMISSION, and THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>*Plaintiff(s)*<br>v.<br>CRI GENETICS, LLC, a limited liability company, also doing business as OMNIPGX,<br><br>*Defendant(s)* | Civil Action No. 2:23-CV-9824 -RGK-AGR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CRI GENETICS, LLC,
122 Sheldon Street, El Segundo, California 90245.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nadine S. Samter and Katherine F. Barach, Attorneys
Federal Trade Commission, 915 Second Ave., Ste. 2896, Seattle, WA 98174 and

Micah C.E. Osgood, Michelle Burkart, and Judith Fiorintini Deputy Attorneys General, California Department of Justice, 455 Golden Gate Ave. Suite 11000, San Francisco, CA 94102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  11/22/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-09824-RGK-AGR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CRI Genetics, LLC
was received by me on *(date)* 11-22-2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Summons served on CRI Genetics, LLC's counsel, electronically, per agreement by the parties. Also served the documents listed below, electronically on CRI Genetics counsel, per agreement, on 11-20-23.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11-22-2023

Server's signature

Nadine Samter, Attorney, Federal Trade Commission
Printed name and title — Counsel for

Federal Trade Commission
915 Second Ave., Ste. 2896
Seattle, WA 98174
Server's address

Additional information regarding attempted service, etc:
1. Complaint and Exhibits A-M
2. Civil Cover Sheet
3. Summons
4. Stipulation for Entry of Order
5. Proposed Stipulated Order
6. Application Pro Hac Vice Nadine Samter and Certificate of Good Standing and proposed order
7. Application Pro Hac Vice Katherine Barach and Certificate of Good Standing and proposed order